Emily Armour, appellee, v. The Pennsylvania Railroad Company, appellant. Gen. No. 35,582.

Opinion filed June 15, 1932. Rehearing denied June 29, 1932.

Loesch, Scofield, Loesch & Burke, for appellant. Joseph D. Ryan and Louis P. Miller, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Frank J. Jacobson, appellant, v. Nathan Cohn, appellee. Gen. No. 35,648.

Opinion filed June 15, 1932.

John B. King, for appellant. David Snyder, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Mary B. Dupre, appellee, v. Chicago Law Printing Company, appellant. Gen. No. 35,663.

Opinion filed June 15, 1932. Rehearing denied June 29, 1932.

Thompson, Tyrrell & Chambers, for appellant; P. E. Thompson and Joseph T. Tyrrell, of counsel. F. M. Hartman, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Angela Benvenuti, appellee, v. Chicago Law Printing Company, appellant. Gen. No. 35,664.

Opinion filed June 15, 1932. Rehearing denied June 29, 1932.

Thompson, Tyrrell & Chambers, for appellant; P. E. Thompson and Joseph T. Tyrrell, of counsel. F. M. Hartman, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Charles E. Champlin, appellee, v. Chicago Law Printing Company, appellant. Gen. No. 35,665.

Opinion filed June 15, 1932. Rehearing denied June 29, 1932.

Thompson, Tyrrell & Chambers, for appellant; Clyde C. Fisher, of counsel. F. M. Hartman, for appellee.

Mr. Justice Friend delivered the opinion of the court.